IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL J. SCHAEFER,

                                                                                           ORDER

                Plaintiff,

                                                                             10-cv-565-bbc

    v.

CHIPPEWA COUNTY, WI,
STATE OF WISCONSIN,
JAMES B. SHERMAN and JIM DOYLE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      This is a proposed civil action in which plaintiff, a resident of Bloomer, Wisconsin, alleges that defendants deprived him of his due process rights at his trial for a trespassing violation held on September 18, 2008 and during the subsequent December 10, 2008 appeal.

      From the affidavit of indigency accompanying plaintiff's proposed complaint, I cannot determine whether plaintiff qualifies for indigent status. He indicates that "United Health Group" is his temporary employer, but he has not provided the monthly income that he has received from it. The total monthly income of $824.00 that he lists has a note indicating that it comes from "S. S. Disability and S. S. I". In addition, plaintiff lists his wife's income as "usually $1200.00 mo. app." and "now $1600.00 mo. app.," but does not provide the

1

exact amounts received. Before the court can determine whether plaintiff qualifies for indigent status, he must submit an amended affidavit of indigency that contains his, as well as his wife's, actual gross monthly income from all sources for the last twelve months.

ORDER

IT IS ORDERED that a decision whether plaintiff Michael J. Schaefer may proceed in forma pauperis in this action is STAYED. Plaintiff may have until October 15, 2010, in which to complete the enclosed affidavit of indigency form and return it to the court. If, by October 15, 2010, plaintiff fails to provide the requested financial information, I will deny his request for leave to proceed in forma pauperis for his failure to show that he is indigent.

Entered this 4th day of October, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge