IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL J. SCHAEFER,

    Plaintiff,

v.

CHIPPEWA COUNTY, WISCONSIN,
STATE OF WISCONSIN,
JAMES B. SHERMAN and JIM DOYLE,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-565-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying leave to proceed on plaintiff Michael J. Schaefer's due process claims against defendants Chippewa County, Wisconsin, the State of Wisconsin, James B. Sherman and Jim Doyle and dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_Peter Oppeneer_  
Peter Oppeneer, Clerk of Court

11-24-2010  
Date